IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE SEARCH OF
USPS FIRST-CLASS PRIORITY MAIL
PARCEL IDENTIFIED BY TRACKING
#9505 5114 5972 7271 0939 25,
ADDRESSED TO JENNIFER WADE, 3274
FERN DRIVE, TUCKER, GA, 30084

No. 17-MJ-2104

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is

ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this __19__ day of December, 2017.

Jeffery S. Frensley
United States Magistrate Judge